UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>LEO OUTLAW,<br><br>Defendant. | 17 Cr. 118-5 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's motion seeking compassionate release, received on July 22, 2020 (Dkt. #262), as well as a supplemental submission filed by Mr. Outlaw's counsel on his behalf, dated August 3, 2020 (Dkt. #263). The Government is ordered to respond to Defendant's motion on or before August 14, 2020.

SO ORDERED.

Dated:   August 3, 2020
         New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge