UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>LEO OUTLAW,<br><br>Defendant. | 17 Cr. 118 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has been informed by Mr. Outlaw's supervising probation officer that Mr. Outlaw has requested counsel in connection with his anticipated request for a one-time modification of the terms of his supervised release to permit him to travel to Puerto Rico for a wedding. The Court understands that Patricia A. Pileggi was the CJA duty attorney on the day the Court received the request, and that the Government has indicated there are no conflicts with her representation of Mr. Outlaw. Accordingly, it is hereby ORDERED that Patricia A. Pileggi be appointed as CJA Counsel to represent Mr. Outlaw in connection with his anticipated request.

With respect to the request itself, Mr. Outlaw is advised that the Court is currently disinclined to grant his request, in light of Probation's representations to the Court that Mr. Outlaw has been largely noncompliant with the conditions of his supervised release, notably those provisions regarding substance abuse treatment and employment. That said, should Mr. Outlaw demonstrate good faith efforts to increase his compliance with those

terms in advance of the date on which he wishes to travel, the Court may be more open to his request.

    SO ORDERED.

Dated:    April 3, 2024
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge