**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 23, 2026

**BY ECF AND EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

## MEMO ENDORSED

> Re:    *United States v. Leo Outlaw*, 17 Cr. 118 (KPF)

Dear Judge Failla:

The Government respectfully writes to request that the Court adjourn the status conference in this case, which is currently scheduled for March 24, 2026, to April 20, 2026, at 4:00 p.m. The Government was recently informed by the United States Probation Officer Alexandria Hirsch that the Probation Office has received new information related to this case and would like to be afforded more time to investigate before proceeding. Defense counsel, Patricia A. Pileggi, Esq., consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Thane Rehn
Assistant United States Attorney
(212) 637-2354

cc:    Patricia A. Pileggi, Esq.
       Alexandria Hirsch, United States Probation Officer

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 341.

Dated:    March 23, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE