UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LEO OUTLAW,

Defendant.

17 Cr. 118-5 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED, that the defendant, Leo Outlaw, USM#79063-054, is hereby remanded to the custody of the United States Marshal.

SO ORDERED.

Dated: November 13, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge